IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DEMON VICTORELL SLATER,           )
AIS #177985,                      )
                                  )
          Plaintiff,              )
                                  )
v.                                )   CIVIL ACTION NO. 2:16-CV-215-WHA
                                  )
LT. WOODS, et al.,                )
                                  )
          Defendants.             )

## ORDER

On April 27, 2016, the Magistrate Judge entered a Recommendation (Doc. No. 23) addressing a Motion for Preliminary Injunction filed by the plaintiff (Doc. No. 9).  No timely objections to the Recommendation have been filed.  Upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED and that the plaintiff's Motion for Preliminary Injunction is DENIED.

This action is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 20th day of May, 2016.


    /s/   W. Harold Albritton
          SENIOR UNITED STATES DISTRICT JUDGE