IN THE UNITED STATES DISTRICT COURT
FORTHE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DEMON VICTORELL SLATER, #177985, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 2:16-cv-215-WHA |
| | ) | |
| LT. WOODS, et al., | ) | (WO) |
| | ) | |
| Defendants. | ) | |

**ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #37) and the Plaintiff's "Notice of Appeal" (Doc. #41), which the court treats as an objection to the Recommendation of the Magistrate Judge.

After conducting an independent evaluation and *de novo* review of the file in this case, the court finds the Plaintiff's objection to be without merit, and it is hereby ORDERED as follows:

1. Plaintiff's objection is OVERRULED.

2. The court ADOPTS the Recommendation of the Magistrate Judge.

3. Plaintiff's Motion for Preliminary Injunction (Doc. #30) is DENIED.

4. This case is referred back to the Magistrate Judge for further proceedings.

DONE this 22nd day of June, 2016.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE