IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DEMON VICTORELL SLATER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:16-CV-215-WHA |
| | ) | |
| LT. WOODS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge entered on May 18, 2017 (Doc. #72). There being no timely objection to the Recommendation, and after an independent review of the file, it is

ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice as the Plaintiff's claims for relief are moot.

A separate Final Judgment will be entered in accordance with this order.

DONE this 9th day of June, 2017.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE